John W. Hibser and Frances F. Hibser, Plaintiffs-Appellants, v. Zoning Board of Appeals of Peoria County, Illinois, et al., Defendants-Appellees.

Gen. No. 10,955. 

Second District.

January 9, 1957.

Released for publication January 26, 1957.

London G. Middleton, for appellants; James P. Kellstedt, Galbraith & Baymiller, Lester F. Carson, and Leiter and Durfee, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.